The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUAD LEFHALALAOUI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br><br>Defendants. | Case No. C26-0426-SKV<br><br>STIPULATED MOTION TO STAY AND ~~[PROPOSED]~~ ORDER<br><br>NOTED FOR CONSIDERATION: APRIL 9, 2026 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel Defendants to adjudicate a I-30 petition.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.



**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

P. 1.

With additional time, these claims may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that the instant action be stayed for 60 days. The parties will submit a joint status report on or before the end of this period.

DATED this 9th day of April, 2026.

GOLDSTEIN IMMIGRATION LAWYERS

*s/ Joshua Goldstein*
JOSHUA L. GOLDSTEIN, WSBA No. 61773
611 Wilshire Boulevard, Suite 317
Los Angeles, CA 90017
Phone: 213-425-1979
Fax: 206-238-9975
Email: jg@jgoldlaw.com

*Attorney for Plaintiff*

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 191 words, in compliance with the Local Civil Rules.*

**~~[PROPOSED]~~ ORDER**

The case is stayed. The parties shall submit a status update within 60 days of this Order.[1]

It is so **ORDERED**.

Dated this 17th day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

[1] The parties should note, however, that the deadline to decline consent to proceed before a magistrate judge remains April 24, 2026. *See* Dkt. 6.



**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970