The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOUAD LEFHALALAOUI,

Plaintiff,

v.

JOSEPH B. EDLOW, *et al.*,

Defendants.

Case No. 2:26-cv-00426-RSL

STIPULATED MOTION TO STAY AND ORDER

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, the parties hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiff Mouad Lefhalalaoui brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-130, Petition for Alien Relative.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendants have issued a Request for Evidence to Plaintiff in connection with his I-130 Petition, with a response deadline of July 6, 2026. With an additional 60 days, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 60 days. The parties will submit a joint status report on or before the end of this period.

DATED this 11th day of June, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60456
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 227 words, in compliance with the Local Civil Rules.

*s/ Joshua L. Goldstein*
JOSHUA L. GOLDSTEIN, WSBA No. 61773
GOLDSTEIN IMMIGRATION LAWYERS
611 Wilshire Blvd, Suite 317
Los Angeles, CA 90017
Phone: 213-425-1979
Email: jg@jgoldlaw.com

*Attorney for Plaintiff*

**ORDER**

The case is stayed. The parties shall submit a status update within 60 days of this Order. It is so **ORDERED**.

Dated this 12th day of June 2026.



ROBERT S. LASNIK
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970